Date of Arrest: 09/26

# United States District Court
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Florencio ARAUZ-Gutierrez AKA: None Known 208193915 YOB: 1975 Citizen of: Nicaragua Defendant | Magistrate Case No. 16-1755MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

COUNT 1

That on or about September 26, 2016, Defendant Florencio ARAUZ-Gutierrez, an alien, was found in the United States at or near Tacna, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Nicaragua through the port of New Orleans, Louisiana on or about September 9, 2015. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signatures]*
/s/ USBP

for _____
Signature of Complainant
Daniel Chavez
Border Patrol Agent

Sworn to before me and subscribed in my presence,

__September 28, 2016__        at    __Yuma, Arizona__
Date                                               City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Florencio ARAUZ-Gutierrez
AKA: None Known
208193915

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 26, 2016, near Tacna, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Nicaragua, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Florence, Arizona on or about August 24, 2015. The Defendant was most recently removed on or about September 9, 2015, through the port of New Orleans, Louisiana.

Agents determined that on or about September 25, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to me and subscribed in my presence,

_____
Signature of Judicial Officer

September 28, 2016
Date